JUDGE JOHNSTON
MAGISTRATE JUDGE SCHNEIDER

**26CR50004**

FILED
1/26/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

PROB 22
(Rev. 01/24)

# TRANSFER OF JURISDICTION

| DOCKET NUMBER *(Tran. Court)* |
|---|
| 0862 5:16CR04064-1 |

| DOCKET NUMBER *(Rec. Court)* |
|---|
|  |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Ivan Avila | Northern District of Iowa | Western |

| NAME OF SENTENCING JUDGE |
|---|
| Leonard T. Strand |

| DATES OF PROBATION/SUPERVISED RELEASE | FROM | TO |
|---|---|---|
|  | 10/23/2025 | 10/22/2029 |

**OFFENSE**

Count 1: Conspiracy to Distribute 50 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, Which Contained 5 Grams or More of Actual (Pure) Methamphetamine; Count 2: Distribute 50 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, Which Contained 5 Grams or More of Actual (Pure) Methamphetamine; Count 3: Distribute 5 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, Which Contained 5 Grams or More of Actual (Pure) Methamphetamine

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
The defendant has no intention of retruning to the Northern District of Iowa.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **NORTHERN** DISTRICT OF **IOWA**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **Northern District of Illinois** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

1/15/26
Date

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 – ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **NORTHERN** DISTRICT OF **ILLINOIS**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

1/26/2026
Effective Date

*United States District Judge*
Iain D. Johnston

1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 16-CR-04064 LTS |
| ) | |
| Plaintiff, ) | **INDICTMENT** |
| ) | |
| vs. ) | Count 1 |
| ) | 21 U.S.C. § 841(a)(1) |
| IVAN AVILA, ) | 21 U.S.C. § 841(b)(1)(B) |
| ) | 21 U.S.C. § 846: Conspiracy to |
| Defendant. ) | Distribute a Controlled Substance |
| ) | |
| ) | Counts 2-3 |
| ) | 21 U.S.C. § 841(a)(1) |
| ) | 21 U.S.C. § 841(b)(1)(B): Distribute |
| ) | a Controlled Substance |

The Grand Jury charges:

## Count 1

### Conspiracy to Distribute a Controlled Substance

Beginning on or about 2015 and continuing to on or about January 28, 2016 in the Northern District of Iowa and elsewhere, defendant IVAN AVILA, did knowingly and intentionally combine, conspire, confederate, and agree with persons known and unknown to the Grand Jury, to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine which contained 5 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance.

This was in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B) and 846.

1

## Count 2

### Distribute a Controlled Substance

On or about January 17, 2016, in the Northern District of Iowa, defendant IVAN AVILA did knowingly and intentionally distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine which contained 5 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance.

This was in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## Count 3

### Distribute a Controlled Substance

On or about January 28, 2016, in the Northern District of Iowa, defendant IVAN AVILA did knowingly and intentionally distribute 5 grams or more of a mixture or substance containing a detectable amount of methamphetamine which contained 5 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance.

This was in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

A TRUE BILL

_____S/_____  \_\_7-20-16\_\_
Grand Jury Foreperson           Date

KEVIN W. TECHAU
United States Attorney

By: *[signature]*

AJAY ALEXANDER
Special Assistant United States Attorney

The above is a true copy.
ATTEST: Robert L. Phelps, Clerk
By: JUL 2 0 2016
JUL 2 0 2016

3

AO 245 B&C (Rev. 01/17) Judgment and Amended Judgment in a Criminal Case

(NOTE: For Amended Judgment, Identify Changes with Asterisks (*))

# UNITED STATES DISTRICT COURT
## Northern District of Iowa

| UNITED STATES OF AMERICA | ) JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | ) Case Number: **0862 5:16CR04064-001** |
| **IVAN AVILA** | ) USM Number: **16865-029** |

☒ ORIGINAL JUDGMENT
☐ AMENDED JUDGMENT

Michael L. Smart
Defendant's Attorney

Date of Most Recent Judgment:
Reason for Amendment:
Reduction of Sentence Pursuant to the

## THE DEFENDANT:

☒ pleaded guilty to count(s)  **1, 2, and 3 of the Indictment filed on July 20, 2016**

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), and 846 | Conspiracy to Distribute 50 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, Which Contained 5 Grams or More of Actual (Pure) Methamphetamine | 01/28/2016 | 1 |
| 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B) | Distribute 50 Grams or More of a Mixture or Substance Contaiing a Detectable Amount of Methamphetamine, Which Contained 5 Grams or More of Actual (Pure) Methamphetamine | 01/17/2016 | 2 |
| 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B) | Distribute 5 Grams or More of a Mixture or Substance Contaiing a Detectable Amount of Methamphetamine, Which Contained 5 Grams or More of Actual (Pure) Methamphetamine | 01/28/2016 | 3 |

The defendant is sentenced as provided in pages 2 through __7__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ is/are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

Leonard T. Strand
**Chief U.S. District Court Judge**
Name and Title of Judge

Signature of Judge

April 13, 2017
Date of Imposition of Judgment

4/14/17
Date

AO 245 B&C (Rev. 01/17) Judgment and Amended Judgment in a Criminal Case

(NOTE: For Amended Judgment, Identify Changes with Asterisks (*))

Judgment — Page 2 of 7

DEFENDANT: IVAN AVILA
CASE NUMBER: 0862 5:16CR04064-001

## PROBATION

☐ The defendant is hereby sentenced to probation for a term of:

## IMPRISONMENT

☒ The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:
**121 months. This term of imprisonment consists of a 121-month term imposed on each of Counts 1, 2, and 3 of the Indictment, to be served concurrently.**

☒ The court makes the following recommendations to the Federal Bureau of Prisons:
**It is recommended that the defendant be designated to the FCI in El Reno, Oklahoma, or the FCI in Oxford, Wisconsin.**

**It is recommended that the defendant participate in the Bureau of Prisons' 500-Hour Comprehensive Residential Drug Abuse Treatment Program or an alternate substance abuse treatment program.**

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant must surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____.

☐ as notified by the United States Marshal.

☐ The defendant must surrender for service of sentence at the institution designated by the Federal Bureau of Prisons:

☐ before 2 p.m. on _____.

☐ as notified by the United States Marshal.

☐ as notified by the United States Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: IVAN AVILA
CASE NUMBER: 0862 5:16CR04064-001

# SUPERVISED RELEASE

☒ Upon release from imprisonment, the defendant will be on supervised release for a term of:
4 years. This term of supervised release consists of a 4-year term imposed on each of Counts 1, 2, and 3 of the Indictment, to be served concurrently.

# MANDATORY CONDITIONS OF SUPERVISION

1) The defendant must not commit another federal, state, or local crime.
2) The defendant must not unlawfully possess a controlled substance.
3) The defendant must refrain from any unlawful use of a controlled substance.
   The defendant must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
   ☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future controlled substance abuse. *(Check, if applicable.)*
4) ☒ The defendant must cooperate in the collection of DNA as directed by the probation officer. *(Check, if applicable.)*
5) ☐ The defendant must comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where the defendant resides, works, and/or is a student, and/or was convicted of a qualifying offense. *(Check, if applicable.)*
6) ☐ The defendant must participate in an approved program for domestic violence. *(Check, if applicable.)*

The defendant must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

DEFENDANT: IVAN AVILA
CASE NUMBER: 0862 5:16CR04064-001

# STANDARD CONDITIONS OF SUPERVISION

As part of the defendant's supervision, the defendant must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for the defendant's behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in the defendant's conduct and condition.

1) The defendant must report to the probation office in the federal judicial district where the defendant is authorized to reside within 72 hours of the time the defendant was sentenced and/or released from imprisonment, unless the probation officer instructs the defendant to report to a different probation office or within a different time frame.

2) After initially reporting to the probation office, the defendant will receive instructions from the court or the probation officer about how and when the defendant must report to the probation officer, and the defendant must report to the probation officer as instructed. The defendant must also appear in court as required.

3) The defendant must not knowingly leave the federal judicial district where the defendant is authorized to reside without first getting permission from the court or the probation officer.

4) The defendant must answer truthfully the questions asked by the defendant's probation officer.

5) The defendant must live at a place approved by the probation officer. If the defendant plans to change where the defendant lives or anything about the defendant's living arrangements (such as the people the defendant lives with), the defendant must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, the defendant must notify the probation officer within 72 hours of becoming aware of a change or expected change.

6) The defendant must allow the probation officer to visit the defendant at any time at the defendant's home or elsewhere, and the defendant must permit the probation officer to take any items prohibited by the conditions of the defendant's supervision that he or she observes in plain view.

7) The defendant must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses the defendant from doing so. If the defendant does not have full-time employment, the defendant must try to find full-time employment, unless the probation officer excuses the defendant from doing so. If the defendant plans to change where the defendant works or anything about the defendant's work (such as the defendant's position or the defendant's job responsibilities), the defendant must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, the defendant must notify the probation officer within 72 hours of becoming aware of a change or expected change.

8) The defendant must not communicate or interact with someone the defendant knows is engaged in criminal activity. If the defendant knows someone has been convicted of a felony, the defendant must not knowingly communicate or interact with that person without first getting the permission of the probation officer.

9) If the defendant is arrested or questioned by a law enforcement officer, the defendant must notify the probation officer within 72 hours.

10) The defendant must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).

11) The defendant must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.

12) As directed by the probation officer, the defendant must notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and must permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

13) The defendant must follow the instructions of the probation officer related to the conditions of supervision.

DEFENDANT: IVAN AVILA
CASE NUMBER: 0862 5:16CR04064-001

# SPECIAL CONDITIONS OF SUPERVISION

*The defendant must comply with the following special conditions as ordered by the Court and implemented by the U.S. Probation Office:*

1. If not employed at a lawful type of employment as deemed appropriate by the United States Probation Office, the defendant must participate in employment workshops and report, as directed, to the United States Probation Office to provide verification of daily job search results or other employment related activities. In the event the defendant fails to secure employment, participate in the employment workshops, or provide verification of daily job search results, the defendant may be required to perform up to 20 hours of community service per week until employed.

2. The defendant must submit the defendant's person, property, house, residence, vehicle, papers, computers [as defined in 18 U.S.C. § 1030(e)(1)], other electronic communications or data storage devices or media, or office, to a search conducted by a United States Probation Officer. Failure to submit to a search may be grounds for revocation of release. The defendant must warn any other occupants that the premises may be subject to searches pursuant to this condition. The United States Probation Office may conduct a search under this condition only when reasonable suspicion exists that the defendant has violated a condition of supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

3. The defendant must participate in a substance abuse evaluation. The defendant must complete any recommended treatment program, which may include a cognitive behavioral group, and follow the rules and regulations of the treatment program. The defendant must participate in a program of testing for substance abuse. The defendant must not attempt to obstruct or tamper with the testing methods.

4. The defendant must not use or possess alcohol. The defendant is prohibited from entering any establishment that holds itself out to the public to be a bar or tavern without the prior permission of the United States Probation Office.

These conditions have been read to me. I fully understand the conditions and have been provided a copy of them. Upon a finding of a violation of supervision, I understand the Court may: (1) revoke supervision; (2) extend the term of supervision; and/or (3) modify the condition of supervision.

_____          _____
Defendant                                                                                                   Date


_____          _____
U.S. Probation Officer/Designated Witness                                                         Date

AO 245 B&C (Rev. 01/17) Judgment and Amended Judgment in a Criminal Case

(NOTE: For Amended Judgment, Identify Changes with Asterisks (*))

Judgment — Page 6 of 7

DEFENDANT: IVAN AVILA
CASE NUMBER: 0862 5:16CR04064-001

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|       | Assessment | JVTA Assessment[1] | Fine | Restitution |
|---|---|---|---|---|
| TOTALS | $ 300 | $ 0 | $ 0 | $ 0 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss[2] | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| | | | |

| TOTALS | $ | $ |
|---|---|---|

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ the interest requirement is waived for the ☐ fine ☐ restitution.

☐ the interest requirement for the ☐ fine ☐ restitution is modified as follows:

[1]Justice for Victims of Trafficking Act of 2015, 18 U.S.C. § 3014.
[2]Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245 B&C (Rev. 01/17) Judgment and Amended Judgment in a Criminal Case

(NOTE: For Amended Judgment, Identify Changes with Asterisks (*))

Judgment—Page __7__ of __7__

DEFENDANT: IVAN AVILA
CASE NUMBER: 0862 5:16CR04064-001

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A  ☒  Lump sum payment of $ __300__ due immediately, balance due

    ☐ not later than _____ , or
    ☐ in accordance with  ☐ C,  ☐ D,  ☐ E, or  ☐ F below; or

B  ☐  Payment to begin immediately (may be combined with  ☐ C,  ☐ D, or  ☐ F below); or

C  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E  ☐  Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F  ☐  Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

    Defendant and Co-Defendant Names and Case Numbers *(including defendant number)*, Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant must pay the cost of prosecution.
☐ The defendant must pay the following court cost(s):
☐ The defendant must forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) JVTA assessment, (8) penalties, and (9) costs, including cost of prosecution and court costs.

# U.S. District Court
## Northern District of Iowa (Western Division)
## CRIMINAL DOCKET FOR CASE #: 5:16-cr-04064-LTS-KEM All Defendants

Case title: USA v. Avila

Date Filed: 07/20/2016

Date Terminated: 04/14/2017

**Interested Party**

US Probation                              represented by   **USPO-IANP uspNotify**
                                                           Email: poecm@ianp.uscourts.gov *(Inactive)*
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*
                                                           *Designation: Retained*

**Interested Party**

USPO Pat Korth

Assigned to: Judge Leonard T Strand
Referred to: Chief Magistrate Judge Kelly K.E. Mahoney

Appeals court case number: 17-1921 8th Circuit Court of Appeals

**Defendant (1)**

**Ivan Avila**                            represented by   **Bradley Ryan Hansen**
*TERMINATED: 04/14/2017*                                   Federal Public Defender's Office
                                                           400 Locust Street
                                                           Suite 340
                                                           Des Moines, IA 50309
                                                           515 309 9610
                                                           Email: brad_hansen@fd.org
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*
                                                           *Designation: Public Defender or Community Defender Appointment*

                                                           **Michael L Smart**
                                                           Federal Public Defender's Office
                                                           701 Pierce Street Suite 400
                                                           ***ECF
                                                           Sioux City, IA 51101
                                                           712 252 4158
                                                           Email: mike_smart@fd.org
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 21:846, 841(a)(1) and 841(b)(1)(B) - CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE (Sched II controlled substance - methamphetamine)<br>(1) | Defendant committed to BOP for 121 months. This term of imprisonment consists of a 121 month term imposed on each of Counts 1, 2 and 3 of the Indictment, to be served concurrently. Supervised Release for 4 years. This term of supervised release consists of a 4 year term imposed on each of Counts 1, 2 and 3 of the Indictment, to be served concurrently. Assessment of $300. |
| 21:841(a)(1) and 841(b)(1)(B) - CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE (Sched II controlled substance - methamphetamine)<br>(2) | Defendant committed to BOP for 121 months. This term of imprisonment consists of a 121 month term imposed on each of Counts 1, 2 and 3 of the Indictment, to be served concurrently. Supervised Release for 4 years. This term of supervised release consists of a 4 year term imposed on each of Counts 1, 2 and 3 of the Indictment, to be served concurrently. Assessment of $300. |
| 21:841(a)(1) and 841(b)(1)(B) - CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE (Sched II controlled substance - methamphetamine)<br>(3) | Defendant committed to BOP for 121 months. This term of imprisonment consists of a 121 month term imposed on each of Counts 1, 2 and 3 of the Indictment, to be served concurrently. Supervised Release for 4 years. This term of supervised release consists of a 4 year term imposed on each of Counts 1, 2 and 3 of the Indictment, to be served concurrently. Assessment of $300. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Ajay Alexander**<br>US Department of Justice<br>600 - 4th Street<br>Suite 670<br>**ECF<br>Sioux City, IA 51101 |

712 255 6011
Fax: 712 252 2034
Email: ajay.alexander@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/20/2016 | | Judge update in case as to Ivan Avila. Judge Leonard T Strand and Magistrate Judge CJ Williams added. No conflicts identified with parties, AUSA, LTS and CJW. (src) (Entered: 07/20/2016) |
| 07/20/2016 | 1 | INDICTMENT as to Ivan Avila counts 1, 2-3. (src) (Additional attachment(s) added on 7/20/2016: # 1 Nonredacted Indictment) (src). (Entered: 07/20/2016) |
| 08/10/2016 | | Attorney update in case as to Defendant Ivan Avila. Attorney Bradley Ryan Hansen for Ivan Avila added per CJA Panel Administrator. Clerk checked for conflicts - none found. (djs) (Entered: 08/10/2016) |
| 08/10/2016 | 4 | SEALED CJA 23 Financial Affidavit by Defendant Ivan Avila. (djs) (Entered: 08/10/2016) |
| 08/11/2016 | 5 | ORDER Appointing Counsel as to Defendant Ivan Avila. Signed by Magistrate Judge CJ Williams on 08/10/16. (kfs) (Entered: 08/11/2016) |
| 08/11/2016 | 6 | NOTICE of Attorney Appearance: Bradley Ryan Hansen appearing for Defendant Ivan Avila. (Hansen, Bradley) (Entered: 08/11/2016) |
| 09/21/2016 | 7 | NOTICE of Attorney Appearance: Michael L Smart appearing for Defendant Ivan Avila *as co-counsel*. (Smart, Michael) Modified on 9/21/2016 to update text. (src) (Entered: 09/21/2016) |
| 10/27/2016 | 8 | ORDER SETTING HEARING as to Defendant Ivan Avila. Initial Appearance and Arraignment set for 11/1/2016 02:30 PM in SC 1st Fl Ct before Magistrate Judge CJ Williams. Signed by Magistrate Judge CJ Williams on 10/27/2016. (des) (Entered: 10/27/2016) |
| 10/27/2016 | 9 | ORDER RESETTING HEARING as to Defendant Ivan Avila: Initial Appearance and Arraignment reset to 11/18/2016 at 11:00 AM in SC 1st Fl Ct before Magistrate Judge CJ Williams. Signed by Magistrate Judge CJ Williams on 10/27/16. (kfs) (Entered: 10/27/2016) |
| 10/27/2016 | 10 | MOTION for Writ of Habeas Corpus ad prosequendum by USA as to Ivan Avila. (Alexander, Ajay) (Entered: 10/27/2016) |
| 10/28/2016 | 11 | ORDER granting 10 Motion for Writ of Habeas Corpus Ad Prosequendum as to Ivan Avila (1). Signed by Magistrate Judge CJ Williams on 10/28/2016. (Attachments: # 1 Writ of Habeas Corpus Ad Prosequendum) (eUSM) (des) (Additional attachment(s) added on 10/31/2016: # 2 Receipt Confirmation) (des). (Entered: 10/28/2016) |
| 11/14/2016 | 12 | Arrest Warrant Returned Executed on 11/07/16 in case as to Defendant Ivan Avila (kfs) (Entered: 11/14/2016) |
| 11/18/2016 | 13 | MINUTE Entry for proceedings held before Magistrate Judge CJ Williams: Initial Appearance and Arraignment as to Defendant Ivan Avila (1) Count 1,2-3 held on 11/18/2016. Attorney Brad Hansen for defendant, and defendant pled not guilty. Defendant is detained. (Court Reporter FTR Gold.) (djs) (Entered: 11/18/2016) |
| 11/18/2016 | 14 | STIPULATED DISCOVERY ORDER as to Defendant Ivan Avila. Signed by Magistrate Judge CJ Williams on 11/18/2016. (des) (Entered: 11/18/2016) |
| 11/18/2016 | 15 | TRIAL MANAGEMENT ORDER as to Defendant Ivan Avila. Jury Trial set for 1/3/2017 09:00 AM in SC 3rd Fl Ct before Judge Leonard T Strand. Pretrial Conference set for 1/3/2017 08:30 AM in SC 3rd Fl Ct before Judge Leonard T Strand. Jury Instructions due by 12/22/2016. Motions due by 12/16/2016. Status Conference set for 12/8/2016 10:00 AM in SC 1st Fl Ct before Magistrate Judge CJ Williams. Trial Related Motions due by 12/16/2016. Signed by Magistrate Judge CJ Williams on 11/18/16. (djs) (Entered: 11/18/2016) |

| | | |
|---|---|---|
| 12/12/2016 | 16 | MINUTE Entry for proceedings held before Magistrate Judge CJ Williams: Status Conference as to Defendant Ivan Avila held on 12/8/2016. Defendant's oral motion to continue is granted. Order to follow. (Court Reporter FTR Gold.) (djs) (Entered: 12/12/2016) |
| 12/12/2016 | 17 | ORDER to Continue - Ends of Justice granting oral motion to continue trial as to Defendant Ivan Avila. Time excluded from 12/8/16 until 2/6/17. Jury Trial reset for 2/6/2017 09:00 AM in SC 3rd Fl Ct before Judge Leonard T Strand. Pretrial Conference reset for 2/6/2017 08:30 AM in SC 3rd Fl Ct before Judge Leonard T Strand. Jury Instructions due by 1/25/2017. Trial Related Motions due by 1/19/2017. Status Conference reset for 1/6/2017 10:00 AM in SC 1st Fl Ct before the sitting United States Magistrate Judge. Signed by Magistrate Judge CJ Williams on 12/12/16. (djs) (Entered: 12/12/2016) |
| 01/05/2017 | | Judge update in case as to Ivan Avila. Magistrate Judge Kelly Mahoney added. Magistrate Judge CJ Williams no longer assigned to case. No conflicts identified with parties/attorneys. (src) (Entered: 01/05/2017) |
| 01/09/2017 | 18 | ORDER to Continue - Ends of Justice as to Defendant Ivan Avila: Time excluded from 01/09/17 until 01/13/17: Plea Hearing set for 01/13/2017 at 11:00 AM in SC 1st Fl Ct before Magistrate Judge Kelly Mahoney: The trial scheduled for 02/06/17 is stricken. Signed by Magistrate Judge Kelly Mahoney on 01/09/17. (kfs) (Entered: 01/09/2017) |
| 01/09/2017 | 19 | MINUTE Entry for proceedings held before Magistrate Judge Kelly Mahoney: Status Conference as to Defendant Ivan Avila held on 01/06/2017 (Court Reporter: FTR Gold) (kfs) (Entered: 01/09/2017) |
| 01/11/2017 | 20 | NOTICE of Consent to Entry of a Plea of Guilty by Defendant Ivan Avila (Smart, Michael) Modified text on 1/12/2017 (djs). (Entered: 01/11/2017) |
| 01/13/2017 | 21 | MINUTE Entry for proceedings held before Magistrate Judge Kelly Mahoney: Change of Plea Hearing as to Defendant Ivan Avila held on 1/13/2017. Defendant pleads guilty to Counts 1-3 of the Indictment. Defendant is detained. (Court Reporter FTR Gold.) (djs) (Entered: 01/13/2017) |
| 01/17/2017 | 22 | REPORT AND RECOMMENDATION to Accept Guilty Plea to Counts 1, 2 and 3 of the Indictment as to Ivan Avila. Objections to R&R due by 1/31/2017. Signed by Magistrate Judge Kelly Mahoney on 1/17/17. (djs) (Entered: 01/17/2017) |
| 01/17/2017 | 23 | WAIVER of Objections to Report and Recommendations 22 by USA and Defendant Ivan Avila. (djs) (Entered: 01/17/2017) |
| 01/18/2017 | 24 | ORDER Accepting Report and Recommendation RE: Plea as to the Indictment regarding Defendant Ivan Avila for 22 Report and Recommendation to Accept Guilty Plea to Counts 1, 2 and 3. Signed by Judge Leonard T Strand on 01/18/17. (kfs) (Entered: 01/18/2017) |
| 01/18/2017 | 25 | SEALED Offense Conduct Statement as to Defendant Ivan Avila (Alexander, Ajay) (Entered: 01/18/2017) |
| 03/03/2017 | 26 | SEALED **Draft** Presentence Investigation Report by USA, Pat Korth, US Probation, Ivan Avila as to Defendant Ivan Avila (Attachments: # 1 Instructions for Objecting) (Cannon, Mary) (Entered: 03/03/2017) |
| 03/08/2017 | 27 | SEALED NOTICE of No Objection to Presentence Investigation Report By Plaintiff as to Ivan Avila 26 (Alexander, Ajay) (Entered: 03/08/2017) |
| 03/16/2017 | 28 | ORDER SETTING HEARING as to Defendant Ivan Avila: Sentencing set for 04/11/2017 at 10:00 AM in SC 3rd Fl Ct before Chief Judge Leonard T Strand. Signed by Chief Judge Leonard T Strand on 03/16/17. (kfs) (Entered: 03/16/2017) |
| 03/16/2017 | 29 | ORDER RESETTING HEARING as to Defendant Ivan Avila: Sentencing reset to 04/13/2017 at 10:00 AM in SC 3rd Fl Ct before Chief Judge Leonard T Strand. Signed by Chief Judge Leonard T Strand on 03/16/17. (kfs) (Entered: 03/16/2017) |
| 03/17/2017 | 30 | SEALED Objection to Presentence Investigation Report By Defendant as to Ivan Avila 26 (Smart, Michael) Modified on 3/20/2017 to add applicable parties. (src) (Entered: 03/17/2017) |

| | | |
|---|---|---|
| 04/06/2017 | 31 | SEALED Presentence Investigation Report *Amended and Final* by USA, Pat Korth, US Probation, Ivan Avila as to Defendant Ivan Avila (Attachments: # 1 Sentencing Worksheet) (Cannon, Mary) (Entered: 04/06/2017) |
| 04/06/2017 | 32 | MOTION for Leave to File Government's Sentencing Memorandum and Sentencing Exhibits Under Seal by USA as to Ivan Avila. (Alexander, Ajay) (Entered: 04/06/2017) |
| 04/06/2017 | 33 | ORDER: Granting 32 Motion for Leave to File Government's Sentencing Memorandum and Sentencing Exhibits Under Seal as to Defendant Ivan Avila (1). Signed by Chief Judge Leonard T Strand on 04/06/17. (kfs) (Entered: 04/06/2017) |
| 04/06/2017 | 35 | SENTENCING Memorandum by Defendant Ivan Avila (Smart, Michael) (Entered: 04/06/2017) |
| 04/06/2017 | 36 | NOTICE of Filing of Exhibits for Hearing by Defendant Ivan Avila re 35 Sentencing Memorandum filed by Ivan Avila *Defendant's Exhibit A1-A3 - Letters of support* (Smart, Michael) Modified on 4/7/2017 to update text. (src) (Entered: 04/06/2017) |
| 04/09/2017 | 37 | RESPONSE by USA as to Defendant Ivan Avila re 35 Sentencing Memorandum filed by Ivan Avila *Resistance to Defendant's Motion for Downward Variance* (Alexander, Ajay) (Entered: 04/09/2017) |
| 04/13/2017 | 38 | MINUTE Entry for proceedings held before Chief Judge Leonard T Strand: Sentencing held on 4/13/2017 as to defendant Ivan Avila. Defendants Exhibits A1, A2 and A3 filed at 36 . Governments Exhibits 2 and 3 filed at 34 . Defendant detained. (Court Reporter Shelly Semmler) (Attachments: # 1 Government Exhibit 1 Audio on clerks exhibit drive) (des) (Entered: 04/13/2017) |
| 04/14/2017 | 39 | JUDGMENT as to Defendant Ivan Avila, Counts 1, 2 and 3, Defendant committed to BOP for 121 months. This term of imprisonment consists of a 121 month term imposed on each of Counts 1, 2 and 3 of the Indictment, to be served concurrently. Supervised Release for 4 years. This term of supervised release consists of a 4 year term imposed on each of Counts 1, 2 and 3 of the Indictment, to be served concurrently. Assessment of $300. Signed by Chief Judge Leonard T Strand on 4/14/2017. (src) (Entered: 04/14/2017) |
| 04/14/2017 | 40 | SEALED Statement of Reasons by USA, Pat Korth, US Probation, Ivan Avila as to Defendant Ivan Avila. (src) (Entered: 04/14/2017) |
| 04/19/2017 | 41 | Writ of Habeas Corpus ad Prosequendum as to Defendant Ivan Avila Returned Unexecuted (kfs) (Entered: 04/19/2017) |
| 04/26/2017 | 42 | NOTICE of Appeal by Defendant Ivan Avila re 39 Judgment. (Smart, Michael) (Entered: 04/26/2017) |
| 04/27/2017 | 43 | NOA Supplement and Transmission of Notice of Appeal as to Defendant Ivan Avila to US Court of Appeals re 42 Notice of Appeal - Final Judgment. Case Number due by 5/4/2017. (src) (Entered: 04/27/2017) |
| 05/01/2017 | 44 | USCA Case Number as to Defendant Ivan Avila 17-1921 for 42 Notice of Appeal - Final Judgment: Appeal Record ddl 05/22/2017: Transcript ddl 05/22/2017 (Attachment # 1 8CC Correspondence) (kfs) (Entered: 05/01/2017) |
| 05/01/2017 | 45 | ORDER of USCA as to Defendant Ivan Avila as to 42 Notice of Appeal - Final Judgment: It is ordered that the Federal Public Defender for the Northern and Southern District of Iowa is hereby appointed to represent the above named appellant in all matters pertaining to this action before the court (kfs) (Entered: 05/01/2017) |
| 05/11/2017 | 46 | NOTICE of Filing of Official Transcript of Plea as to Defendant Ivan Avila held on 01/13/17 before Magistrate Judge Kelly K.E. Mahoney: Court Reporter: Shelly Semmler: Telephone Number 712-233-3846: Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction: After that date it may be obtained through PACER: Redaction Request ddl 06/01/2017: Redacted Transcript ddl 06/12/2017: Release of Transcript Restriction ddl 08/09/2017 (kfs) (Entered: 05/11/2017) |
| 05/11/2017 | 47 | NOTICE of Filing of Official Transcript of Sentencing as to Defendant Ivan Avila held on 04/13/17 before Chief Judge Leonard T Strand: Court Reporter: Shelly Semmler: Telephone Number 712-233-3846: Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction: After that date it may be obtained through |

| | | |
|---|---|---|
| | | PACER: Redaction Request ddl 06/01/2017: Redacted Transcript ddl 06/12/2017: Release of Transcript Restriction ddl 08/09/2017 (kfs) (Entered: 05/19/2017) |
| 05/11/2017 | 48 | NOTICE of Filing of Electronic Transcript: Administrative Order attached: Please read for instructions for actions parties/counsel may be required to take re 46 Transcript of Plea and 47 Transcript of Sentencing (kfs) (Entered: 05/11/2017) |
| 05/17/2017 | 49 | CERTIFIED and Transmitted Record on Appeal as to Defendant Ivan Avila to US Court of Appeals RE: 42 Notice of Appeal - Final Judgment (kfs) (Entered: 05/17/2017) |
| 05/23/2017 | 50 | TRANSMITTED Supplemental Record on Appeal as to Defendant Ivan Avila: Government's Exhibit 1 from 38 Sentencing mailed to 8th Circuit Court of Appeals per request of AUSA Alexander: Appeals Court Case Number: 17-1921 (kfs) (Entered: 05/23/2017) |
| 12/21/2017 | 51 | OPINION of USCA as to Defendant Ivan Avila as to 42 Notice of Appeal - Final Judgment: Affirming the judgment of the District Court (Attachment # 1 8CC Correspondence) (kfs) (Entered: 12/21/2017) |
| 12/21/2017 | 52 | JUDGMENT of USCA as to Defendant Ivan Avila RE: 42 Notice of Appeal - Final Judgment: Affirming the judgment of the District Court (kfs) (Entered: 12/21/2017) |
| 01/19/2018 | 53 | MANDATE of USCA as to Ivan Avila RE: 42 Notice of Appeal - Final Judgment, 51 Opinion and 52 Judgment: The formal mandate is hereby issued in the above-styled matter (kfs) (Entered: 01/19/2018) |
| 07/25/2018 | 54 | APPEAL Record Returned as to Defendant Ivan Avila RE: Government's Exhibit 1 from 38 Sentencing (kfs) (Entered: 07/25/2018) |
| 01/28/2026 | 55 | Supervised Release Jurisdiction Transferred to Northern District of Illinois as to Defendant Ivan Avila. Signed by Judge Leonard T Strand on 1/15/2026 and Judge Iain D Johnston on 1/26/2026. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (jlh) (Entered: 01/28/2026) |